IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 00-cr-00227-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN WYRICK,

    Defendant.

## ORDER TRANSFERRING CASE

**Blackburn, J.**

    The matter is before me *sua sponte*. Under consideration is the transfer of this criminal case to the Honorable Raymond P. Moore, a District Judge of the United States District Court for the District of Colorado, under D.C.COLO.LCrR 50.1A. Having the approbation of the Honorable Marcia S. Krieger, Chief District Judge of the United States District Court for the District of Colorado, and Judge Moore, I enter this order of transfer.

    **THEREFORE, IT IS ORDERED** that under D.C.COLO.LCrR 50.1A., this criminal case is **TRANSFERRED** to the Honorable Raymond P. Moore, District Judge of the United States District Court for the District of Colorado.

    Dated October 9, 2013, at Denver, Colorado.

                                                  BY THE COURT:

                                                  Robert E. Blackburn
                                                  United States District Judge